IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FREDERICK DEAN MORGAN,       )
                             )
            Petitioner,      )
                             )
      v.                     )    1:05CV00638
                             )
THEODIS BECK, Secretary of the )
Department of Correction,    )
                             )
            Respondent.      )

**O R D E R**

On February 2, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. After the Recommendation was filed, petitioner attempted to file a motion to dismiss (docket no. 9) and a brief in support of a motion to dismiss and cross-motion for summary judgment (docket no. 10). These were stricken for not being served on the other parties (docket no. 11) The deficiencies were not cured. These filings were outside the time set for objections and were not and are not considered to be objections.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that respondent's motion to dismiss (docket no. 4) is granted, that the habeas petition (docket no. 2) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a

debatable procedural ruling, a certificate of appealability is denied.

/s/ William L. Osteen
United States District Judge

May 1, 2006

-2-